United States District Court

Central District of California



Thunder Eagle Ghost Dancer, Plaintiff

A/K/A James Johnson #12688-0066

Vs.                          Case # 2:15CV03164:VBF-GJS

Linda McGrew, and                    Pursuant to:

Unknown Defendants          Bivens v. Six Unknown Agents

403US.388 (1971)

First Amendment to Complaint

Comes now the plaintiff, Thunder Eagle Ghost Dancer, in prose and amends his original complaint pursuant to Bivens v. Six Unknown Agents 403US.388 (1971).

1.     First defendant, Linda T. McGrew

Ex warden Linda T McGrew was the warden at this time. This all took place at USP Victorville, California. Warden McGrew was a member of the Medical Review each week to decide if a medical procedure was to be approved. She and others (unknown names) of the review board had direct control and responsibility of all medical treatment provided to inmates. As the records from the Inspector General's Office, Department of Justice, will show that Victorville, USP as a Medical 2 Care Level. Upon my arrival at USP Victorville, the Medical Director, Dr. Fernandez recommended on two different occasions and requested that I be transferred to a medical facility because USP Victorville was not qualified or able to provide the health care

1

I needed. I was denied the transfer, knowing the Institution was not able or qualified to provide me the medical care I needed and especially after operations. Warden McGrew went ahead and approved Dr. Redix to do the surgeries. Records of the request for medical transfers are a matter of institution records.  Records of the Medical Review Board are a matter of Records. Records of the Inspector General's Audit and Reports are available online! After the botched surgery on my right knee implant, I spoke with Warden McGrew personally in my Unit 3B when she came there. Numerous inmates and staff heard her agree that the knee surgery was surely not done right, and heard me request a different orthopedic surgeon be provided; that I did not trust Dr. Redix, and that I was scheduled for more surgeries by him. She said she would see what she could do!

I was taken to surgery again on Dec. 18, 2012. Dr. Redix was the surgeon again even though I had requested that he not be. (By policy, if we refuse the medical treatment, we don't ever have to be provided the medical treatment again. This is what every inmate is told by medical staff and prison staff, so no inmate wants to refuse treatment.) Dr. Redix had met with me previously. We discussed replacing my right rotator cuff tear and my right pinkie finger and removing the broken off piece of my left elbow. This only is what was discussed with me. I woke up and on the way back to prison, the prison guards told me Dr. Redix removed my whole right elbow! My right elbow. I had never been consulted, x-rayed or complained about my right elbow. Dr. Redix removed my whole right elbow. Dr. Redix left raw nerves dangling, cut and torn triceps, ligaments, and muscle completely unattached to anything.

Once again I complained to Warden McGrew and a Mr Allen at medical about my right arm being totally messed up. My right shoulder rotator cuff repair totally didn't work and was worse. I now can't raise my arm above chest level. My right elbow and triceps are cut and thrown away. My right pinky does not allow my hand to close. Basically I have no strength, coordination, control of my right arm. It will not straighten out. I was scheduled again for surgery with Dr. Redix. I was complaining vividly with Warden McGrew and Medical Administrative staff, names unknown or

2

remembered by me. She said Dr. Redix was under contract and that they had to use the contracted Doctors. I told her, look what he has done to me! She agreed I was messed up, but still approved for Dr. Redix to do another surgery, this time on my left elbow. I tried to refuse this in my cell during our lock down time.

I talked to PA Esquitini and he said, no in this stage I could not refuse. I was again taken to surgery on March 21, 2013 and Dr. Redix did surgery on my left elbow. This time I let everyone in the hospital know what was going on. I showed doctors that walked by my right leg and my right arm. They said that was terrible, they could fix this. Dr. Redix got mad and said I wasn't there for any of that. He would talk to me later. I told the other doctors I didn't want to wake up with my left elbow gone like my right elbow. They said they would make certain that didn't happen. I woke up with my left elbow better than my right.

In April 2013 Dr. Redix came to the prison to talk to me. He admitted that my surgeries were messed up and recommended to Warden McGrew that all of my surgeries need to be redone. He would place me in the hospital and do them all at the same time. Warden McGrew approved this. I had someone contact an attorney and this attorney wrote Warden McGrew that this was dangerous and in conflict of interest, since the attorney had filed a complaint/claim against Dr. Redix in State Court in my behalf. The attorney can verify that he had to do that to prevent Dr. Redix from doing anything to me. Other medical personnel have said to me "No one could survive all those surgeries being done at the same time". Yet, this is a matter of medical records.

Warden McGrew not only knowingly allowed this to keep happening to me, but did nothing to prevent me from being crippled for life. And since she had approved after care for me for physical therapy but yet did not have a physical therapist employed at the prison but had contracted one. Yet, I did not have physical therapy for my right knee implant for months afterwards. (Transport records of medical transports will reflect to this.) And she did not provide any physical therapy at all for the right shoulder, right arm, which is mandatory after an operation like this.

3

I was not provided a handicapped cell, with any assistance. I was not provided a hospital bed which was mandatory to elevate my leg, and keep my arm up. Warden McGrew knew this and said I could fix my bed, to just prop it up however I could. And medical gave me authority to have two mattresses.

Warden McGrew violated my 8th Amendment rights. She did this with personal knowledge and willingly did this. These records are all available.

2. Unknown Defendants

a. These are medical personnel, names that the plaintiff currently has no access to, but in time will know, who had direct knowledge and personal involvement in his medical care, to include the officers who dropped the plaintiff three times while transporting him back to prison, causing his knee implant to be misaligned and with severe pain. Those defendants' full names are unknown at this time, who denied the medical 770 transfers to the medical facility as recommended and requested by Dr. Fernandez, knowingly causing this plaintiff not to receive the proper medical care he needed and caused him to be handicapped.

Because the plaintiff was dropped, the knee became misaligned causing it to angle outward from the knee down causing the knee not to work properly. Now a new implant is needed. This will also cause more extreme pain and suffering and will result in a lesser chance of success than the first replacement. It will require more painful physical therapy as well.

Dr. Louis Redix of CA. for violating plaintiff's civil rights, 8th amendment. Evidence will be supplied at a later date as it is being gathered through the process of Civil Action in State court for negligence, and malpractice. These claims will not be used in this instant action, but the violation of civil rights to cruel and unusual punishment, with other claims will arise in the future of this instant case.

In May 2012, I was being transported from Barstow Community Hospital after a total knee replacement and unknown officers drove my leg, on three different occasions, into the concrete and pavement while loading me into a

4

transport van. I heard one officer tell the officers, don't worry, we aren't trained to transport medical patients. There were four or five officers present at the time. This is in my medical records. I was screaming in pain each time, causing me to black out, be nauseated, and be hurting so bad that I wished for death. Records of which officers were at the hospital and what officers came and transported me back are a matter of institution records. The wheel chair they put me in had no leg or feet rest. I was leg shackled, belly chained, black boxed, and hand cuffed. My muscles in my right leg had been cut completely into, bones had been cut, and implants placed in them. My leg was in a long sleeve from my hip to my ankle. I had staples in my right knee area. I could not hold my right leg up on the chair. Instead of pulling me backwards or getting a wheelchair with feet and leg rests, I was pushed forward. The first time my leg drove into the concrete, I was propelled up out of the chair, screaming and going in and out of consciousness. I told them to turn me around. They ignored me. Again this happened and the last time they pushed me off the curb of the sidewalk into the parking lot pavement, which was another drop off. Rather than walk further down and use the wheelchair ramp, I was pushed off the curb. This time I felt so much pain I wanted to go ahead and die. And instead of driving directly back to the prison so I could get medical help, they drove taking off roads, side roads, hitting pot holes in the dirt road of an old two-lane highway. So instead of getting back to the prison in 45 minutes, it was hours! The whole time I was hurting they totally ignored me, turned up their radio and drove on.

Immediately upon arrival at the prison I reported all of this to medical staff. It is in my medical records. They had to give me extra potent drugs to kill the pain.

b. Other unknown defendants are the ones responsible for approving Dr. Redix after I complained, who are a part of the Review Board with Warden McGrew. And the ones that turned down the transfers that were recommended and requested by Dr. Fernandez, which caused all of this to happen.

5

## Relief Sought

Warden McGrew, I'm seeking <u>any</u> and all relief that possibly can be available in her individual and official capacity. I am requesting that I be given the proper corrective surgeries for all of these operations, by the <u>best</u> possible orthopedic surgeons and that any and all medical problems now and in the future, even upon my release; that these be paid for and the responsibility of Warden McGrew and the Federal Bureau of Prisons; that since my body has been so long now without the corrective surgeries that extensive and highly trained orthopedic surgeons do numerous surgeries to graft ligaments, muscles to try to attach, and repair my right arm; to do a total right knee revision and transplant, right shoulder rotator cuff, right pinky finger, and repair my ripped, cut, torn, left triceps to my left elbow, and all the physical therapy that must come with this, shall solely be paid in full and their full responsibility. That even if I am released from prison that any and all medical expenses in the future pertaining solely to these injuries are their responsibilities to pay for. And if any monetary damages are available to plaintiff, ask for justice from this Honorable Court.

## 2.     Unknown Defendants

The plaintiff asks for any relief this Honorable Court can grant and award from each of them that can be identified and named at a later date. This plaintiff suffered severely because of them, and asks this Honorable Court for justice in this matter; that he seeks relief from them in their individual and official capacities and any monetary awards!

Plaintiff asks this Honorable Court to please appoint counsel to assist in this matter; that because of security most of the records cannot be provided to him by the prison. But an attorney can get a court order and have possession of these, but an inmate can't. As this Court can see I have had a hard time with this writing. I cannot type as my motor controls are not that good. This is a very gross case of deliberate indifference, gross negligence and cruel and unusual punishment. Plaintiff asks this Honorable Court to grant the case and appoint counsel to help present the case properly to this Honorable Court.

6

Defendants drove the plaintiff's leg into the concrete and pavement while transporting back to the hospital three times , this caused severe damage and pain to this plaintiff ! It is also the cause that the plaintiff's leg was injured to the knee replacement that had just been placed into the plaintiff's leg, causing it to become misaligned and angling out ward, and damaging the ligaments and muscle so they would not heal correctly, causing the device to fail to operate correctly. This causes the plaintiff pain every day.

Plaintiff also asks relief from unknown defendants whose names he does not know at this time from the medical personnel who had direct responsibility to protect his health and safety and caused him to be handicapped now; that these names will become known as this case proceeds. Also the unknown defendants that are of the review committee that decide the procedures that are to be approved or not, whose names this plaintiff does not know at this time, who are responsible for the operations being approved or denied and review all records and matters.

Also plaintiff's unknown defendants who denied plaintiff's 770 transfer and in which this plaintiff was recommended by Dr. Fernandez to be transferred to an actual medical facility since USP Victorville was truly not. These defendants denied the transfer and request and recommendation by Dr. Fernandez, causing this plaintiff a great deal of suffering and pain and not receiving proper medical care and adequate medical care.

Also Dr. Louis Redix, only for his violation of this defendants 8th amendment rights; subjecting him to severe pain, and deliberate suffering, only for his personal gain. Plaintiff will have evidence soon as Plaintiff is suing Dr. Redix in CA State court for malpractice and negligence.

Therefore he is only suing Dr. Redix for the cruel and unusual punishment, and discrimination against the plaintiff, and other matters which will come forth as this case proceeds, and as evidence comes forth; that the court award me any and all monetary relief that is allowed and can be granted for what he has done to me; that Dr. Redix willfully and knowingly violated my 8th amendment rights and subjected me to cruel and unusual punishment , by preforming operations that have left me crippled. Other

7

facts and evidence of these matters will be submitted at a later date as the evidence comes forth in the State case against Dr. Redix !

Respectfully,

Thunder Eagle Ghost Dancer

8

UNITED STATES DISTRICT
CENTRAL DISTRICT OF CALIFORNIA

Thunder Eagle Ghost Dancer, plaintiff
A/K/A James Johnson # 1268P-006
                                    ·VS    CASE# 2:15CV03164: VBF·GJS
Linda McGrew, and              Pursuant to
unknown defendants,       Bivens v. Six Unknow Agents 403 U.S. 388 (1971)

           First Amendment To Complaint.
Comes Now the plaintiff, Thunder Eagle Ghost Dancer, in pro se unknown
and Amends his original complaint to pursuant to Bivens v. Six Unknown
Agents 403 U.S. 388 (1971).

1) First Defendant Linda T. McGrew,
Ex Warden Linda T. McGrew was the Warden at the time this all took
place at U.S.P. Victorville, California. Warden McGrew was a member
of the medical Review each week to decide if a medical procedure was
to be approved. She and others (unknown names) of the Review board
had direct control and responsibility of all medical treatment provided to
inmates. As the records from The Inspector General's Office, Dept. Justice
will show that Victorville, U.S.P. is classified as a medical II care level,
upon my arrival at U.S.P. Victorville, The medical Director Dr. Fernandez?
recommended on (2) different occasions and requested that I be transferred
to a medical facility because U.S.P. Victorville was not qualified or able
to provide the health care I needed. I was denied the transfers.
Knowingly the Institution was not able or qualified to provide me the
medical care I needed and especially after post operations, Warden
McGrew went ahead and approved for Dr. Redix to do the surgeries,
Records of the request for the medical transfer are a matter of institution
records. Records of the Medical Review Board are a matter of Records,

pg 2.

Records of the Inspector General's Audit and Reports are available on-line!
After the botched surgery on my right knee implant, I spoke with
Warden McGrew personally in my unit 3B when she came here, numerous
inmates and staff heard her agree that the knee surgery was surely
not right. And heard me request the a different orthopedic surgeon be provided
That I did not trust Dr. Redix, and that I was scheduled for more surgeries
by him. She said she would see what she could do.
    I was taken to surgery again on Dec. 18, 2012. Dr. Redix was the
the surgeon again even though I had requested that he not be. (By policy
if we refuse the medical treatment we don't even have to be provided the
medical treatment again. This is what every inmate is told, by medical staff and
prison staff). So no inmate wants to refuse treatment). Dr. Redix had met
with me previously, we discussed repairing my right rotator cuff tear, and
my right pinky finger and removing the broken off piece of my left elbow.
This only what was discussed with me. I woke up and on the way
back to prison the prison guards told me Dr. Redix remade my whole
right elbow! My right elbow. I had never been consulted,
x-rayed or complained about my right elbow. Dr. Redix left raw nerves
dangling, cut and torn tricep ligaments, muscle completely unattached to
anything.
    Once again I complained to Warden McGrew and a Mr. Allen of
medical. About my right arm being totally messed up. My right shoulder
rotator cuff repair totally didn't work and was worse. I now can't raise
my arm above chest level, my right elbow and triceps are cut and thrown
away, my right pinky doesn't allow my hand to close. Basically I have have
no strength, coordination, control of my right arm. It will not straighten out.
I was scheduled again for surgery with Dr. Redix, I was complaining
vividly with Warden McGrew and medical Administrative staff, names unknown
or remember by me. They She said Dr. Redix was under contract and
that they had to use the contracted Doctors, I told her look what he

has done to me! She agreed I was messed up. But still approved
for Docter Redix to do another surgery, this time on my left elbow.
I tried to refuse this in my cell during our lock down time, I
talked to P.A. Esquivel-poi and he said no at this stage I could not
refuse. I was again taken to surgery on March 21, 2013 and Dr.
Redix did surgery on my left elbow. This time I let everyone
in the hospital know what was going on. I showed doctors that walked by my
right leg, my right arm. They said that was terrible they could fix
this. Dr. Redix got mad and said I wasn't there for any of that. He
would talk to me later. I told the other doctors I didn't want to wake
up with my left elbow gone like my right elbow. They said they would
make certain that didn't happen. I woke up with my left elbow
better than my right.

In April 2013, Dr Redix came to the prison to talk to me. He admitted
that my surgeries were messed up and recommended to Warden McGrew that
all my surgeries need to be redone. He would place me in the hospital and
do them all at the same time. Warden McGrew approved this.
I had someone contact a attorney and this attorney wrote Warden
McGrew that this was dangerous and in conflict of interest, since
the attorney had filed a complaint/claim against Dr. Redix in State
court on my behalf. The attorney can verify that he had to do that
to prevent Dr. Redix from doing anything to me. Other medical personal
have said to me. "No one could survive all these surgeries being done at the
same time." Yet this is a matter of medical records!

Warden McGrew not only knowingly allowed this to keep happening to
me. But did nothing to prevent me being crippled for life. And since she
had a approved after care for me for physical therapy but yet did not
have a physical therapist employed at the prison, but contracted one, yet
I did not have physical therapy for my right knee implant for months
afterwards. (transport records of medical transports will reflect to this.)

pg

2) Unknown Defendants, medical pesonnel, names that the plaintiff currently has no access to, but in time will know, who had direct knowledge and personal involvement in his medical care, to include the OFFICERS who dropped the plaintiff three times while transporting back to prison, causing his knee implant to be misaligned and severe pain. Those defendants full names are unknown at this time, who denied the medical 770 transfers to the medical facility as recommended and requeste by Dr. Fernandez, knowingly causing this plaintiff not to receive the proper medical care, he needed and caused him to be handicapped.

Because plaintiff was dropped, the knee became misaligned causing it to angle outward from the knee down and causing the knee not to work properly. Now a new implant is needed. This will also cause more extreme pain and suffering and will result in lesser chance of success than the first replacement. It will require more painful physical therapy as well.

DR. Louis Redix of CA, for violating plaintiff's civil rights, 8th amendment. Evidence will be supplied at a later date as it is being gathered through the process of a civil action in state court for negligence, malpractice. These claims will not be used in this instant action, but the violation of civil rights to cruel and unusual punishment with other claims will arise in the future of this INSTANT CASE.

P54)

And she did not provide any physical therapy at all on the right shoulder, right arm. Which is mandatory after an operation like this.

I was not provided a handicapped cell, with any assistance. I was not provided with a hospital bed which was mandatory to elevate my leg, and my arm up. Warden McGrew knew this and said I could fix my bed to just prop. it up however I could. and medical gave me authorizatin to have 2 mattresses

Warden McGrew violated my 8th Amendment rights. She did this with personal knowledge and willingly did this. These records are all available.

2] Unknown Defendants ※See pg 4a. On May 5? 2012 I was being transported from Barstow Community Hospital after a total knee replacement and unknown officers, drove my leg ① on (3) different occasions into the concrete and pavement in loading me into a transport vash. I heard one officer tell the officers don't worry we aren't trained to transporting medical patients. There were (4)-(5) officers present at the time. This in my medical records. I was screaming in pain each time, causing me to black out, be nauseted, and to be hurting so bad that I wished for death. Records of what officers were at the hospital and what officers came and transported me back are a matter of institutional records. The wheel chair they put me in had no leg or feet rest. I was leg shackled, belly chaned and black boxed and hand cuffed. My muscles in my right leg had been cut completely into, bones had been cut out, implants placed in them. My leg was in a long sleeve from my hip trip to my ankle. I had staples in my right knee area. I could not hold my right leg up on the chair. Instead of pulling me backwards or getting a wheel chair that had proper feet and leg rest, I was pushed forward. The first time my leg drove into the concrete I was propelled up out of the chair. Screaming and going in and out of consciousness, I told them turn me

85

around. They ignored me again this happened and the last
time they pushed me off the curb of the side walk into the
parking lot pavement. Which was another drop off. Rather than walk
further down and use the wheelchair ramp, I was pushed off
the curb. This time I felt so much in pain I wanted to go ahead
and die. And instead of driving directly, back to the prison so I
could medical help. They drove taking off roads side roads
hilly, pot holes, in the dirt roads, and old 2 lane highways. So
instead of getting back to the prison in 45 minutes it was hours!
The whole time I was hurting they totally ignored me. Turned
on their radio and drove on.
Immediately upon arrival at the prison I reported all this
to medical staff. It is in my medical reg records. They
had to give me extra powerful drugs to kill the pain.
b) other unknown defendants are the ones that are responsible
for appraising Dr. Redix after I complaind who are part of the
Review Board with warden McGrew.
And the ones that turned down the transfers that were
recommend recommend and requested by Dr. Fernandez. Which
caused all this, to happen

            Relief Sought.
Warden McGrew, I'm seeking any and all relief that possibly can
be available in her individual and official capacity. I'm
requesting that I be given the proper corrective surgeries for
all these operations, by the best possible orthopedic surgeons
and that any and all medical problems now and in the future, even
upon my release, that these be paid for and responsibility. Of Warden
McGrew and the Federal Bureau of Prison System. That since my body
has been so long now without the corrective surgeries That it

PS⁴

~~extensive~~ extensive and ~~too~~ highly trained orthopedic surgeon do numerous surgeries ~~to~~ graph ligaments, muscle to try to attach and repair my right arm, And to do a complete ~~total~~ right knee revision and transplant, right shoulder rotator cuff, right pinky finger, and repair my rip, cut, torn left triceps to my left elbow, and all the physical therapy that must come with this, shall solely be paid in full and their responsibility. That even if I'm released from prison that any and all medical expenses in the future pertaining solely to these injuries are their responsibility to pay for. And if any monetary damages are available to plaintiff ask for justice from this Honorable Court.

2) Unknown Defendants.

The plaintiff ask for any and all relief this Honorable Court can grant and award from each of them that can be identified and named at a later date, This plaintiff suffered severely because of them, and ask this Honorable Court for justice in this matter. That he seeks relief from them in their individual and official capacities and any monetary awards.

Plaintiff asks this Honorable Court to please appoint counsel to assist in this matter. That because of security most ~~time~~ of the records to support this claim cannot be provided to him by the prison. But a attorney can get a court order and have possession of these. But a inmate can't. As this court can see, I have a ~~tard~~ hard time writing. I can not type, it's even worse, my motor controls are not that good.

This is a very gross case of deliberate indifference, gross negligence and cruel and unusual punishment. Plaintiff asks this honorable court to grant the case and appoint counsel to help present this case properly to this Honorable Court. Respectfully

Thunder Eagle Ghost Dancer

U.S. POSTAGE
PAID
SAINT LOU... MO
JUL 22 14
$8.99
AMOUNT
R2304N110883-0

90012
1099

CERTIFIED MAIL

7015 1520 0000 3274 0643

7015 1520 0000 3274 0643

Clerk of the Court

Western Division

312 N Spring St. RM G-8

Los Angeles, CA 90012

CENTRAL DISTRICT OF CALIFORNIA
JUL 28 2015
CLERK U.S. DISTRICT COURT

SI4

James Johnson 12688-006

FCI Talladega

PO Box 1000

Talladega, AL 35160