UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUNDER EAGLE GHOST DANCER A/K/A JAMES KEITH JOHNSON,<br><br>    Plaintiff<br><br>  v.<br><br>LINDA T. MCGREW et al.,<br><br>    Defendants. | Case No. 2:15-cv-03164-VBF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

      The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) Defendant McGrew's Motion to Dismiss ("Motion") [Dkt. 25] is GRANTED in part and DENIED in part as follows:

    a) the Motion is GRANTED with respect to Plaintiff's Eighth Amendment claim against McGrew in her official capacity, and this claim is dismissed without leave to amend and with prejudice;

      b) the Motion is DENIED with respect to Plaintiff's Eighth Amendment claim against McGrew in her individual capacity;

      c) the Motion is DENIED with respect to McGrew's claim of qualified immunity without prejudice;

(2) Plaintiff's claim against Dr. Redix is dismissed without leave to amend for failure to state a claim upon which relief can be granted;

(3) Plaintiff's claims against the Doe defendants are dismissed without prejudice; and

(4) Defendant McGrew is directed to Answer the First Amended Complaint, as so amended, within 21 days of this Order.

**IT IS SO ORDERED.**

Dated:  December 2, 2016

*/s/ Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE